UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILYN PATTI, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, JOANNE PATTI,<br><br>  Plaintiff,<br><br>  v.<br><br>RANDALL NELSON SMALLCANYON; DANELLE ROBIN SMALLCANYON; CREDIT ACCEPTANCE CORP.; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>  Defendants. | Case No. EDCV 13-00256-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE against Defendant Credit Acceptance Corporation.  The Court orders that such judgment be entered.

Dated: March 11, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge