**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 13-00256-VAP (SPx)                              Date:  May 22, 2014

Title:     KAILYN PATTI, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, JOANNE PATTI -v- RANDALL NELSON SMALLCANYON, et al.
===============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

       On February 8, 2013, this action was removed to this Court.  (Doc. No. 1.)  On March 11, 2013, Defendant Credit Acceptance was dismissed without prejudice for failure to oppose a motion to dismiss.  (Doc. No. 8.)  Since that time, Plaintiff has failed to prosecute the remaining claims against Defendants Nelson and Robin Smallcanyon.

**EDCV 13-00256-VAP (SPx)**
**KAILYN PATTI, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, JOANNE PATTI v. RANDALL NELSON SMALLCANYON, et al.**
**MINUTE ORDER of May 22, 2014**

  Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

  **IT IS SO ORDERED.**