**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILYN PATTI, A MINOR BY AND THROUGH HER GUARDIAN AD LITEM, JOANNE PATTI,<br><br>           Plaintiff,<br><br>   v.<br><br>RANDALL NELSON SMALLCANYON; DANELLE ROBIN SMALLCANYON; CREDIT ACCEPTANCE CORP.; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>           Defendants. | Case No. EDCV 13-00256-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 30, 2014

                                              VIRGINIA A. PHILLIPS
                                    United States District Judge